**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ROY SULLIVAN**                                                    **CIVIL ACTION**

**VERSUS**                                                          **NO. 23-1450-JWD-RLB**

**ATLANTIC PLANT MAINTENANCE**

**<u>OPINION</u>**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 29, 2026 (Doc. 50), to which no objection was filed;

**IT IS ORDERED** that Atlantic Plant Maintenance's ("Defendant") Motion for Summary Judgement (the "MSJ") (Doc. 47) is **GRANTED** and that Defendant's Motion to Compel (the "Motion to Compel") (Doc. 45) is **DENIED as MOOT**, dismissing this matter with prejudice.

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>May 19, 2026</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[3] "The Court refrains from making any recommendations regarding whether Chief 2 Eagles' claims on behalf of himself have been properly alleged." (R. <u>Doc. 18 at 4</u>).